IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
TEXARKANA DIVISION

ROADWAY WORKER TRAINING, LLC                                              PLAINTIFF

v.                                    Case No. 4:18-cv-4092

GLEN RAY BOWMAN                                                           DEFENDANT

## **ORDER**

Before the Court is Joint Motion for Entry of Agreed Permanent Injunction and Final Judgment. ECF No. 15. The parties state that they have reached an agreement resolving all issues in this matter. They move the Court to enter their proposed Agreed Permanent Injunction and Final Judgment. Upon consideration, the Court finds that the motion should be and hereby is **GRANTED**. The Court will enter as a separate docket entry the proposed Agreed Permanent Injunction and Final Judgment.

**IT IS SO ORDERED**, this 1st day of February, 2019.

/s/ Susan O. Hickey
Susan O. Hickey
United States District Judge